## CONSENT TO SUE

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Mangal Kebab and its owners and affiliates to pay me, *inter alia,* minimum wage and overtime wages as required under state and/or federal law and also authorize the filing of this consent in the lawsuit challenging such conduct, and consent to being named as a representative plaintiff in this action to make decisions on behalf of all other plaintiffs concerning all aspects of this lawsuit. I have been provided with a copy of a retainer agreement with the law firm of Samuel & Stein, and I agree to be bound by its terms.

Con mi firma abajo, autorizo la presentaci6n y tramitaci6n de reclamaciones en mi nombre y de mi parte para impugnar el fallo de Mangal Kebab mi y sus propietarios y afiliados a me pagan, entre otras cosas, el salario minimo y pago de horas extras, requerida en el estado y / o la ley federal y tambien autorizan la presentaci6n de este consentimiento en la demanda contra ese tipo de conducta, y el consentimiento para ser nombrado como demandante representante en esta acci6n para tomar decisiones en nombre de todos los demas demandantes en relaci6n con todos aspectos de esta demanda. Se me ha proporcionado una copia de un acuerdo de retenci6n con la firma de abogados de Samuel y Stein, y estoy de acuerdo en estar obligado por sus terminos.

Dated: April 21, 2021

_____
Ugur Ocal