**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
Ugur Ocal, Nusret Kelle, and Yunus Orkun, on behalf of
themselves and all other persons similarly situated,

                                  *Plaintiffs*,

     -*against*-

Safran Food LLC d/b/a Mangal Kebab, Ahmet "Doe",
Semih "Doe", Engin Yasmun, and John "Doe" #1,

                                  *Defendants*.
-----------------------------------------------------------------------X

Case No.: 2:21-cv-02334

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Defendant Ahmet Can (incorrectly sued herein as "Ahmet Doe") (the "Defendant") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

                LEVIN-EPSTEIN & ASSOCIATES, P.C.
                60 East 42nd Street, Suite 4700
                New York, New York 10165

Dated: July 6, 2021
       New York, New York

                                          By:    /s/*Joshua D. Levin-Epstein*
                                                        Joshua D. Levin-Epstein, Esq.
                                                        Levin-Epstein & Associates, P.C.
                                                        60 East 42nd Street, Suite 4700
                                                        New York, New York 10165
                                                       Telephone: (212) 792-0046
                                                       Email: Joshua@levinepstein.com